To: The Honorable Judge Edward Chen

From: Marc Pearl

Re: Case number C11-2292 EMC

Date: October 10, 2011



**FILED**

OCT 12 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Chen,

I request an extension to the case management conference dated October 28, 2011 at 9 a.m. As of now, I have a conflict with that date and I'm committed to attend another court that week. There is a possibility that other court procedure will be changed or cancelled. However, I will not know until closer to Oct 24.

Is it possible to change the date of our CMC until the first or second week of November?

Please let me know if that is possible.

Thank you.

Sincerely,

Marc Pearl

IT IS HEREBY ORDERED that the Case Management Conference is rescheduled for 11/04/2011 at 9:00 a.m.



10/13/2011

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen