MICHAEL COSENTINO  SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA  94501
Telephone: (510) 523-4702
Facsimile:  (510) 747-1640

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **MARC X. PEARL**, ) <br> ) <br> Defendant.  ) | Case No. 11-2292 EMC <br><br> **REQUEST OF PLAINTIFF** <br> **TO CONTINUE CMC HEARING** <br> **WITH CERTIFICATE OF SERVICE** <br> **BY MAIL ATTACHED** <br><br> Case Management Conference: <br> Date: November 4, 2011 <br> Time: 9:00 A. M. <br> Courtroom 5, 17th Floor |

**REQUEST OF PLAINTIFF TO CONTINUE CMC HEARING**

Plaintiff's counsel requests that the CMC set for November 4, 2011, be continued to November 11, 2011, or November 18, 2011, or beyond, because plaintiff's counsel has a conflict with the recently set November 4, 2011, CMC date.

Had plaintiff's counsel been notified by defendant of his request to continue the CMC that was set for October 28, 2011, plaintiff's counsel would have stated that he was unavailable for November 4, 2011.

Plaintiff's counsel would have telephoned defendant regarding the herein request but for the fact that defendant did not provide his telephone number to counsel or to the

///

court.

October 17, 2011 _____/s/_____
Michael Cosentino
Counsel for Plaintiff

The case management conference is continued to December 2, 2011, at 9:00 a.m.



**CERTIFICATE OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the within above-entitled action; my business address is P.O. Box 129, Alameda CA, 94501. On October 17, 2011, I served the attached **REQUEST OF PLAINTIFF TO CONTINUE CMC HEARING** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office Box in Oakland, California, addressed as follows:

Marc X. Pearl
601 4TH Street, Ste. #220
San Francisco, CA 94107

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2011, in Alameda, California.

_____s/s_____
Michael Cosentino