**MICHAEL COSENTINO SBN 83253**
**ATTORNEY AT LAW**
**PO BOX 129**
**ALAMEDA, CA 94501**
Telephone: (510) 523-4702
Fax: (510) 747-1640

**COUNSEL FOR THE UNITED STATES**
**OF AMERICA, PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case NO. **C11-2292 EMC** |
| ) Plaintiff, ) | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| ) v. ) | ORDER RESETTING CMC |
| ) **MARC X. PEARL**, ) | |
| ) Defendant. ) | |
| ) | Case Management Conference |
| | Date: January 27, 2012 |
| | Time: 10:30 AM |
| | Place: US District Court |
| | Judge Edward M. Chen |
| | Courtroom 5, 17th Floor |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

The above entitled parties submit the following status statement to the court.

**Plaintiff**: The parties have met and conferred; plaintiff has mailed documents to plaintiff's counsel, but the documents have not arrived yet. Upon plaintiff's counsel's receipt of the documents, the parties will again meet and confer.

**Defendant**:

///

Accordingly, the parties request that the court allow them to submit an updated

1 | status statement to the court in or about the week of March 5, 2012, followed by a
2 | CMC hearing..
3 | DATED: January 20, 2012

                                                /s/
                                    MICHAEL COSENTINO
                                    Counsel for the United States

6 | DATED: January 20, 2012                    /s/
                                    Marc X. Pearl, defendant in pro se

IT IS SO ORDERED THAT the Further CMC is reset to 3/16/12 at 10:30 a.m.  An updated joint CMC statement shall be filed by 3/9/12.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

2