MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
PO BOX 129
ALAMEDA, CA 94501
Telephone: (510) 523-4702
Fax:        (510) 747-1640

COUNSEL FOR THE UNITED STATES
OF AMERICA, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case NO. **C11-2292 EMC** |
|---|---|
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| MARC X. PEARL, | |
| Defendant. | |
| | Case Management Conference
Date: June 22, 2012
Time: 10:30 AM
Place: US District Court
Judge Edward M. Chen
Courtroom 5, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102 |

The above entitled parties submit the following updated joint status statement to the court.

**Plaintiff:** On April 7, 2012, plaintiff's counsel notified defendant that plaintiff's counsel had in his possession for inspection by defendant, 4 original promissory notes, and that plaintiff's counsel had the authority to sign a stipulation for order dismissing plaintiff's second cause of action (a fifth promissory note), and plaintiff's counsel sent a form of stipulation to defendant. The defendant elected to

inspect the documents at the CMC set for 6-22-12; defendant did not return the stipulation to dismiss plaintiff's second cause of action.

In the event the case does not settle at the CMC conference, plaintiff requests that the court set a date for the filing of dispositive motions on or about the week of September17, 2012, and nothing further.

**Defendant:** Defendant agreed to inspect the original promissory note documents prior to the CMC conference scheduled for June 22, 2012. Defendant returned by fax the stipulation to dismiss the second cause of action and has learned at the time of writing this JCMC that plaintiff's attorney did not receive it. Defendant shall resend and follow up to ensure receipt on June 13, 2012. Defendant requests time to consult with legal support services before agreeing to a definitive date for filing of dispositive motions.

DATED: June 13, 2012

_____
MICHAEL COSENTINO
Counsel for the United States

DATED: June 13, 2012

_____
Marc X. Pearl, defendant in pro se