MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile: (510) 747-1460

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV11-2292 EMC |
| Plaintiff, | STIPULATION FOR ORDER ENTERING DISMISSAL WITH PREJUDICE OF PLAINTIFF'S SECOND CAUSE OF ACTION AND ORDER THEREON |
| v. | |
| MARC X. PEARL, | |
| Defendant. | |

It is hereby stipulated by and between plaintiff, United States of America, through its attorney of record, Michael Cosentino, and defendant, Marc X. Pearl, that plaintiff's second cause of action, regarding the promissory note executed July 7, 1989, only, be dismissed with prejudice.

June 15, 2012

_____
Michael Cosentino, attorney for plaintiff,
United States of America

June 15, 2012

_____
Marc X. Pearl, defendant

The foregoing stipulation having been considered, the matter having been submitted and good cause therefor,

THE COURT ORDERS THAT plaintiff's second cause of action, regarding the promissory note executed July 7, 1989, only, be, and hereby is, dismissed with prejudice.

Dated: 6/22/12

_____
Edward M. Chen
Judge, United States District Court

Stipulation for order entering dismissal with prejudice and order thereon; U.S. v PEARL CAND # CV11-2292 EMC