1  **MICHAEL COSENTINO, SBN 83253**
   **Attorney at Law**
2  **P.O. Box 129**
   **Alameda, CA 94501**
3
   **Telephone: (510) 523-4702**
4  **Facsimile:  (510) 747-1460**

5  Attorney for the Plaintiff
   United States of America
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | **UNITED STATES OF AMERICA**, ) | Case No. CV11-2292 EMC |
   |                                ) |                        |
11 |                     Plaintiff, ) | STIPULATION FOR ORDER  |
   |                                ) | EXTENDING TIME FOR: DEFENDANT |
12 |            v.                  ) | TO CONDUCT DISCOVERY; JOINT |
   |                                ) | CMC STATEMENT; AND CMC DATE |
13 | **MARC X. PEARL**,             ) | AND ORDER THEREON      |
   |                                ) |                        |
14 | _____Defendant. ) |                      |

15      It is hereby stipulated by and between plaintiff, United States of America, through

16 its attorney of record, Michael Cosentino, and defendant *pro se*, Marc X. Pearl, that:

17 1. defendant's time to conduct discovery be extended an additional 90 days from the

18 deadline (October 20, 2012) set in the court's order entered June 22, 2012 (new deadline:

19 January 18, 2013); and

20 2. an updated joint CMC statement be filed by February 8, 2013; and

21 3. a further CMC be set for February 15, 2012, at 10:30 A. M.; and

22 4. the deadlines contained in the court's order entered June 22, 2013, be vacated and

23 extended as mentioned above, but that all other terms and conditions of said order be

24 maintained.

25      The reason for this stipulation is that defendant is *pro se* and has not completed his

26 ///

27 ///

28 ///

Stipulation for order extending time, and order thereon; U.S. v PEARL  CAND # CV11-2292 EMC

1  discovery.

2  October 15, 2012                    _____/s/_____
                                        Michael Cosentino, attorney for plaintiff,
3                                       United States of America

4
   October 15, 2012                    _____/s/_____
5                                       Marc X. Pearl, defendant

6                                      **ORDER**

7       The foregoing stipulation having been considered, the matter having been submitted

8  and good cause therefor,

9       THE COURT ORDERS THAT:

10 1. defendant's time to conduct discovery be and hereby is extended an additional 90 days

11 from the deadline (October 20, 2012) set in the court's order entered June 22, 2012 (new

12 deadline: January 18, 2013); and

13 2. an updated joint CMC statement shall be filed by February ~~8~~ 7, 2013; and

14 3. a further CMC be and hereby is set for February ~~15~~ 14, 2013, at 10:30 A. M.; and

15 4. the deadlines contained in the court's order entered June 22, 2012, be and hereby are

16 vacated and extended as mentioned above, but that all other terms and conditions of said

17 order be maintained.

18        October 25, 2012
   Dated: _____        _____
19                                       Edward M. Chen
                                         Judge, United States District Court
20
   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
   [Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]