UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-11-02292 DMR |
| Plaintiff(s), | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARC X. PEARL, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference is set for **May 8, 2013 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than May 1, 2013**.**

IT IS SO ORDERED.

Dated: April 4, 2013

DONNA M. RYU
United States Magistrate Judge