1  MICHAEL COSENTINO, SBN 83253
   P.O. Box 129
2  Alameda, CA 94501
   Telephone: (510) 523-4702
3
   Attorney for Plaintiff,
4  United States of America

8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA    ) NO. CV-11-2292 DMR
12 |         Plaintiff,          )
                                 ) **CONSENT JUDGMENT**
13 |   v.                        )
14 | MARC X. Pearl,              )
                                 )
15 |         Defendant.          )

17      The above entitled Plaintiff having filed its complaint herein, and the above entitled
18 defendant having consented to the making and entry of this final judgment without trial,
19 hereby agree as follows:
20      1. This Court has jurisdiction over the subject matter of this litigation and over the
21 parties to the Consent Judgment. The Complaint herein states a claim upon which relief
22 can be granted.
23      2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties
24 hereby voluntarily waive their rights to proceed before a judge of the United States District
25 Court and consent to have a United States magistrate judge conduct any and all further
26 proceedings in the case, including trial, and order the entry of a final judgment. It is
27 understood that any appeal from a judgment entered by a magistrate judge will be taken
28 directly to the Ninth Circuit of the United States Court of Appeals in the same manner as

CONSENT JUDGMENT; U.S. v.                    ; C                                    1

1 an appeal from any other judgment of a District Court..

2     3. Judgment shall be in favor of Plaintiff, United States of America and against

3 Defendant, *MaAc X. PeARL*, in the sum of $ *37,337.25* consisting of $ *14,325.46* in principal,

4 $ *23011.79* interest to ———, CIF costs of $ *0*, court costs of $ *0* and attorney's

5 fees of $ *0*, plus interest at the rate of *Per 28 USC 1961* % per annum. ~~($— per day) on principal in~~

6 ~~the amount of $ ___ from ___, up to the date of entry of the within Consent~~

7 ~~Judgment, less any sums tendered toward satisfaction of the obligation during said time~~

8 ~~period~~.

9     4. This consent judgment shall bear interest pursuant to the provisions of 28

10 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which

11 interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)

12 until paid in full.

13     5. On or before *September 30, 2013*, the judgment debtor will tender to the United States of

14 America, a check payable to the U.S. Department of Justice mailed to, *Payable to The US Department of Justice*

15 ~~U. S. Department of Justice~~ *michael Cosentino*

16 ~~Nationwide Central Intake Facility~~ *Po Box 129*
~~P. O. Box 70940~~ *Alameda, CA 94501*

17 ~~Charlotte, NC 28272-0940~~ *which will Satisfy This Judgment.*

18 in the amount of $ *28,002.75*; ~~thereafter judgment debtor will tender $ ___ on or before the~~

19 ~~day of each succeeding month until the account is paid in full~~.

20 ~~(a) Each said payment shall be applied first to the payment of interest accrued to~~

21 ~~the date of receipt of said payment, and the balance, if any, to the principal;~~

22 ~~(b) The judgment debtor shall submit financial data to the plaintiff as specified by~~

23 ~~plaintiff on the anniversary date of this judgment for each year this judgment remains~~

24 ~~unpaid; and~~

25 ~~(c) Plaintiff reserves the right to evaluate the updated financial data and adjust the~~

26 ~~periodic payment rate accordingly, or to demand a lump sum payment if warranted~~

27 /// *In the event the $28,002.75 by September 30, 2013,*

28 /// *is not Paid, Judgment in the Amount of $37,337.25 will be in Full force and Effect.*

CONSENT JUDGMENT; U.S. v.     ; C                      2

1  ~~by the judgment debtor's financial circumstances, subject to Court approval~~.

2  6. An Abstract of Judgment shall be recorded with the Recorder's Office of the
3  County of residence of the judgment debtor; plaintiff may also record or file similar
4  documents elsewhere.

5  7. Default under the terms of this consent judgment will entitle the United States
6  of America to execute on this judgment without notice to the judgment debtor, *To Paragraph*
   *Pursuant* *5*

7  8. The judgment debtor has the right of prepayment of this debt *pursuant to* without penalty.
8  ~~and the interest charged will only be calculated to the date of final payment.~~

9  9. In case of default, all costs incurred in recording, filing, executing, or levying
10 on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

11 *US Department of EDUCATION by* _____
12                                    *Rubio Canlas*

13 Dated: *July 31, 2013*         _____
                                  By: MICHAEL COSENTINO
14                                Attorney for Plaintiff,
                                  United States of America
15

16 I have read the foregoing, I understand and agree to the terms, and I
17 sign this agreement as a free and voluntary act.

18
19 Dated: *7-31-13*              _____
                                  MARC X. PEARL
20                                Defendant and Judgment Debtor

21
22
23 APPROVED AND SO ORDERED THIS __6__ DAY OF __August__, ~~1999~~ 2013
24 The Clerk of the Court is DIRECTED to close the file in the action.
25
26
27 _____
   UNITED STATES MAGISTRATE JUDGE
28                                  IT IS SO ORDERED
                                    Judge Donna M. Ryu

CONSENT JUDGMENT; U.S. v.       ; C                                    3