EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* Recording requested by and return to: MICHAEL COSENTINO SBN 83253 ATTORNEY AT LAW P.O. BOX 129 ALAMEDA, CA 94501 (510) 523-4702 FAX (510) 747-1640 |
|---|

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US DISTRICT CT.
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

FOR RECORDER'S USE ONLY

PLAINTIFF: UNITED STATES OF AMERICA

DEFENDANT: MARC X. PEARL

CASE NUMBER: CV11-2292 DMR

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
    a. Judgment debtor's Name and last known address
    
    MARC X. PEARL
    601 FOURTH ST., #220
    SAN FRANCISCO, CA 94107
    
    b. Driver's license no. [last 4 digits] and state:    [X] Unknown
    c. Social security no. [last 4 digits]: XXX-XX-6393    [ ] Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* MARC X. PEARL
    601 FOURTH ST., #220, SAN FRANCISCO, CA 94107

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
    UNITED STATES OF AMERICA, C/O MICHAEL COSENTINO, PO BOX 129, ALAMEDA, CA 94501

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
    a. Date:
    b. Instrument No.:

Date: AUGUST 8, 2013
MICHAEL COSENTINO
_____
(TYPE OR PRINT NAME)

*(signature)*
_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
    $ 37,337.25
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* AUGUST 6, 2013
    b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*
AUG 2 2 2013

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____VALERIE KYONO_____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | CASE NUMBER: |
| DEFENDANT: MARC X. PEARL | CV11-2292 DMR |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.     Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17.     Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18.     Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19.     Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.