EJ-100

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>After recording return to:<br>MICHAEL COSENTINO SBN 83253<br>ATTORNEY AT LAW<br>P.O. BOX 129<br><br>ALAMEDA, CA 94501<br>TELEPHONE NO.: 510-523-4702<br>FAX NO. *(Optional):* 510-747-1640<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* UNITED STATES OF AMERICA | **FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF U.S. DISTRICT COURT
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: 450 GOLDEN GATE AVENUE
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF: UNITED STATES OF AMERICA

DEFENDANT: MARC X. PEARL

CASE NUMBER: CV11-2292 DMR

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[X] FULL  [ ] PARTIAL  [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [X] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:* UNITED STATES OF AMERICA
   C/O MICHAEL COSENTINO
   P.O. BOX 129 ALAMEDA, CA 94501

3. Full name and address of assignee of record, if any:

4. Full name and address of judgment debtor being fully or partially released:* MARC X. PEARL
   601-FOURTH STREET, #220
   SAN FRANCISCO, CA 94107

5. a. Judgment entered on *(date):* AUGUST 6, 2013
   b. [ ] Renewal entered on *(date):*

6. [X] An [X] abstract of judgment [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| SAN FRANCISCO | SEPTEMBER 23, 2013 | 2013J761495 |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: OCTOBER 2, 2013

MICHAEL COSENTINO ▸ /s/

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Legal Solutions Plus

Code of Civil Procedure, §§ 724.060, 724.120, 724.250